L.C. Price Jr & Janice Price

Bessie Ct.

St. Louis, Mo. 63115

September 21, 2015

RECEIVED + FILED

2015 SEP 22 PM 12: 0○

CLERK, US BANKRUPTCY
EASTERN ...

United States Bankruptcy Court

Eastern District of Missouri

Thomas F. Eagleton U.S. Courthouse

111 South Tenth Street, Fourth Floor

St. Louis, MO. 63102

Re: Chapter 7 Notice of Dismissal Case No. 15-46427

To Whom It May Concern,

I know there is a certain time all paper work is due for court but we were trying to get our Taxes in order 2012 and 2013 was not filed. We are asking for an extinction to have all paper work submitted on time. I just started a new Job June 4, 2015 and I'm trying to straighten some things out pertaining to my finances. I need your assistance. IF there's a charge for making a motion for the extinction I will pay that just tell me what I need to do. Hope your office can help.

Sincerely

L.C. Price Jr, & Janice Price

*[signatures]*

---

**DENIED**

This "Motion to Extend Time to file paperwork" (in letter format) is hereby DENIED in that this case was dismissed on September 14, 2015 for Debtors failure to file their paperwork on or before September 9, 2015. The deadline for filing a Motion to Vacate Dismissal and Motion to Reinstate Case is September 28, 2015. I will grant a timely filed Motion to Vacate and Reinstate Case that is filed along with all of the required documents: Summary of schedules, Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, Declaration Concerning Debtors Schedules, Statement of Financial Affairs, Chapter 7 Official Form 22 and Statistical Summary of Certain Liabilities.

September 23, 2015

*[signature]*

**BARRY S. SCHERMER**
**United States Bankruptcy Judge**